CO-386
10/2018

# United States District Court
# For the District of Columbia

Project on Government Oversight, Inc., )
)
)
Plaintiff )
vs )    Civil Action No. 22-3092
U.S. Department of Homeland Security, )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Project on Government Oversight, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Project on Government Oversight, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ signature_
Signature

298190
BAR IDENTIFICATION NO.

Anne L. Weismann
Print Name

5335 Wisconsin Ave., N.W., Suite 640
Address

Washington, D.C. 20015
City          State          Zip Code

301-717-6610
Phone Number