**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) ) | Civil Action No. 22-cv-03092 (ABJ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| *Defendant.* | ) ) | |

**DEFENDANT'S STATUS REPORT CONCERNING SCHEDULE FOR PRODUCTION**

Pursuant to the Court's order, dated January 31, 2023, Defendant respectfully reports the following:

With regard to the Freedom of Information Act (FOIA) requests submitted by Plaintiff to the Department of Homeland Security (DHS) Office of Inspector General (OIG), dated June 27, 2022, August 10, 2022, August 22, 2022, and August 30, 2022 respectively, Defendant is in receipt of records responsive to these requests.  On February 3, 2023, Defendant issued its first interim production of non-exempt, responsive records to Plaintiff, and issued its second interim production on March 1, 2023.  Defendant will continue to make rolling monthly productions and will make its next production of any responsive non-exempt records by March 31, 2023.

Defendant requests to provide the Court with a Status Report on or before April 3, 2023.

Respectfully Submitted,


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN HUDAK
Chief, Civil Division

/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, DC 20530
 (202) 252-2534