UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.,<br><br>   *Plaintiff,*<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>   *Defendant.* | Civil Action No. 22-cv-03092 (ABJ) |

**DEFENDANT'S STATUS REPORT CONCERNING SCHEDULE FOR PRODUCTION**

Pursuant to the Court's order, dated March 3, 2023[1], Defendant respectfully reports the following:

With regard to the Freedom of Information Act (FOIA) requests submitted by Plaintiff to the Department of Homeland Security (DHS) Office of Inspector General (OIG), dated June 27, 2022, August 10, 2022, August 22, 2022, and August 30, 2022 respectively, Defendant is in receipt of records responsive to these requests. On March 31, 2023, Defendant issued its third interim production of non-exempt, responsive records to Plaintiff. Defendant will continue to make rolling monthly productions and will make its next production of any responsive non-exempt records by April 28, 2023.

Defendant requests to provide the Court with a Status Report on or before May 3, 2023.

---

[1] Defendant is now aware that the intended date for filing this status was April 3, 2023. However, due to a mis-calendaring of this event, Defendant missed filing on that date. Defendant apologizes for any inconvenience this delay may have caused.

- 2 -

Respectfully Submitted,


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN HUDAK
Chief, Civil Division

/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, DC 20530
 (202) 252-2534